■ In the Matter of ALEXANDER H., a Child Alleged to be Abused. BRENDA P.-H., Appellant; SHELTERING ARMS CHILDREN AND FAMILY SERVICES, Respondent. [65 NYS3d 711]—

Notice of appeal from order, Family Court, New York County (Stewart H. Weinstein, J.), entered on or about November 22, 2016, which granted petitioner agency's motion for summary judgment on the issue of severe abuse as to the subject child, deemed a motion for leave to appeal, the motion granted, and the order unanimously affirmed, without costs.

The agency established prima facie that the child was "severely abused" by respondent mother (Social Services Law § 384-b [8] [iii] [C]; [iv]) by submitting respondent's criminal conviction of second-degree assault with respect to another of her children and a prior order of the court granting the agency's motion to excuse it from making efforts to reunify respondent with the child, from which respondent did not appeal. In opposition, respondent failed to raise a triable issue of fact (*see Matter of Vivienne Bobbi-Hadiya S. [Makena Asanta Malika McK.]*, 126 AD3d 545 [1st Dept 2015], *lv denied* 25 NY3d 909 [2015]).

There is no appeal as of right from a nondispositional order in a permanent neglect proceeding (Family Ct Act § 1112 [a]; *Matter of Tasha E.*, 161 AD2d 226, 227 [1st Dept 1990]; *see also Matter of Alyssa L. [Deborah K.]*, 93 AD3d 1083, 1085-1086 [3d Dept 2012]). Nevertheless, we find there is no merit to the claim. Concur—Acosta, P.J., Richter, Mazzarelli, Andrias and Gesmer, JJ.